IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THE DELAWARE RIVERKEEPER, a.k.a.
MAYA K. VAN ROSSUM, ET AL

      v.                              NO. 12-1602

THE PHILADELPHIA GUN CLUB

JUDGMENT

BEFORE SANCHEZ, J.

       AND NOW, to wit, this 17th day of September, 2012, it is ORDERED that in accordance with THE PHILADELPHIA GUN CLUB offer of judgment and plaintiff's acceptance pursuant to F.R.C.P. 68.
       It is ORDERED that judgment is entered in favor of plaintiff and against THE PHILADELPHIA GUN CLUB in the amount of $15,000.00 together with interest and costs.

BY THE COURT:

ATTEST:

*Richard Sabol*
Richard Sabol, Deputy Clerk

judg